**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

Courtroom Deputy:  Robert R. Keech          Date:   August 6, 2014
E.C.R./Reporter:    Mary George

Civil Action No: **13-cv-01425-WYD-MJW**          Counsel:

**CONTINENTAL WESTERN INSURANCE**          Kevin F. Amatuzio
**COMPANY**,                                Jennifer M. Morris

       Plaintiff,

v.

**COLONY INSURANCE COMPANY**,               William F. Stewart

       Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**10:02 a.m.**     Court in Session

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

             Plaintiff's Motion for Summary Judgment [ECF Doc. No. 21], filed January 27, 2014, and Defendant's Cross-Motion for Summary Judgment [ECF Doc. No. 23], filed February 18, 2014, are raised for argument.

10:22 a.m.     Argument by Plaintiff (Mr. Amatuzio).

10:40 a.m.     Argument by Defendant (Mr. Stewart).

11:05 a.m.     Argument by Plaintiff (Mr. Amatuzio).

11:08 a.m.      Argument by Defendant (Mr. Stewart).

11:19 a.m.      Argument by Plaintiff (Mr. Amatuzio).

11:27 a.m.      Argument by Defendant (Mr. Stewart).

11:29 a.m.      Argument by Plaintiff (Mr. Amatuzio).

11:40 a.m.      Argument by Defendant (Mr. Stewart).

**ORDERED:**    Plaintiff's Motion for Summary Judgment [ECF Doc. No. 21], filed January 27, 2014, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**    Defendant's Cross-Motion for Summary Judgment [ECF Doc. No. 23], filed February 18, 2014, is **TAKEN UNDER ADVISEMENT.**

Court indicates a written order shall follow.

**11:49 a.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  1:47**