IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-01425-WYD-MJW

CONTINENTAL WESTERN INSURANCE COMPANY, An Iowa corporation,

   Plaintiff,

v.

COLONY INSURANCE COMPANY, a Virginia corporation,

   Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on Colony's Motion for Leave to Submit Response Briefs (ECF No. 68), filed on October 9, 2014.   In that motion, Colony requests leave to submit a response brief, not to exceed seven pages, in order to brief two disputed claims and answer arguments raised by Continental in its brief on allocation and interest. Continental filed a response (ECF No. 69) on October 13, 2014.   In its response, Continental joins the relief requested by Colony to the extent that the supplemental briefs shall not exceed seven pages.   Continental, however, asserts that the briefs should be limited to arguments with regard to the two disputed claims.

While the parties have different positions as to the scope of what should be filed, I will only consider arguments related to issues to be decided by me as set forth in my September 19, 2014 Order (ECF No. 58).   Thus, I find that each party is granted the right to file seven additional pages, along with pertinent attachments, that are directly related to Colony's proportionate share of cost reimbursement and the onset date of prejudgment

interest.   Accordingly, it is

ORDERED that Colony's Motion for Leave to Submit Response Briefs (ECF No. 68) is **GRANTED** to the extent that the parties shall have leave to file seven additional pages, along with pertinent attachments, that are directly related to Colony's proportionate share of cost reimbursement and the onset date of prejudgment interest.

Dated:   October 16, 2014.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE