## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.:    1:13-cv-01425-WYD-MJW

CONTINENTAL WESTERN INSURANCE COMPANY,

    Plaintiff,

v.

COLONY INSURANCE COMPANY,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Colony Insurance Company, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the United States District Court of Colorado's Order on Cross Motions for Summary Judgment entered in this action on September 19, 2014.

DATED this **17th** day of **October**, **2014**.

                                                Respectfully submitted,

                                               /s/ William F. Stewart
                                               William F. Stewart, Esquire
                                             **STEWART BERNSTIEL REBAR & SMITH**
                                             470 Norristown Road, Suite 201
                                             Blue Bell, Pennsylvania  19422
                                             T:  484.344.5296
                                             F:  484.344.5341 (fax)
                                             E:  wstewart@sbrslaw.com
                                             *Counsel for Defendant/Appellant,*
                                             *Colony Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **NOTICE OF APPEAL** was filed electronically on **October 17, 2014**. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William F. Stewart
William F. Stewart, Esquire
**STEWART BERNSTIEL REBAR & SMITH**
470 Norristown Road, Suite 201
Blue Bell, Pennsylvania 19422
T:  484.344.5296
F:  484.344.5341 (fax)
E:  wstewart@sbrslaw.com
*Counsel for Defendant/Appellant,*
*Colony Insurance Company*