IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-01425-WYD-MJW

CONTINENTAL WESTERN INSURANCE COMPANY, An Iowa corporation,

    Plaintiff,

v.

COLONY INSURANCE COMPANY, a Virginia corporation,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court upon review of the record.   Plaintiff's motion to file under seal (ECF No. 70) is **GRANTED**.   Additionally, the trial preparation conference set for Wednesday, March 25, 2015 and the trial set to commence on Thursday, April 23, 2015 are **VACATED**.

    Dated:   February 18, 2015.